**Motion for Rehearing Overruled; Opinion of January 15, 2013 Withdrawn; Affirmed and Substitute Memorandum Opinion filed February 14, 2013.**



In The

# Fourteenth Court of Appeals

NO. 14-12-00051-CR
NO. 14-12-00052-CR

**KENNETH EARL BRUNSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 262nd District Court
Harris County, Texas
Trial Court Cause Nos. 1284376 and 1295225**

## S U B S T I T U T E   M E M O R A N D U M   O P I N I O N

The memorandum opinion of January 15, 2013, is withdrawn and this opinion is substituted in its place.

Appellant entered a plea of guilty to two counts of possession of a controlled substance and entered a plea of true to two enhancement paragraphs. On January 13, 2012, the trial court sentenced appellant to confinement for two years (trial

court cause number 1284376) and twenty-five years (trial court cause number 1295225), to run concurrently, in the Institutional Division of the Texas Department of Criminal Justice. Appellant filed a timely notice of appeal.

Appellant's appointed counsel filed a brief in which he concludes the appeal is wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396 (1967), by presenting a professional evaluation of the record and demonstrating why there are no arguable grounds for relief. *See Currie v. State,* 516 S.W.2d 684 (Tex. Crim. App. 1974).

A copy of counsel's brief was delivered to appellant. Appellant was advised of the right to examine the appellate record and file a pro se response. *See Stafford v. State*, 813 S.W.2d 503, 512 (Tex. Crim. App. 1991). As of this date, no pro se response has been filed.

We have carefully reviewed the record and counsel's brief and agree the appeal is wholly frivolous and without merit. Further, we find no reversible error in the record. Accordingly, the judgments of the trial court are affirmed.

PER CURIAM

Panel consists of Chief Justice Hedges and Justices Boyce and Donovan.
Do Not Publish — Tex. R. App. P. 47.2(b).